King, Anderson & Swift, R. W. Farrar, Jr., Lake Charles, for defendants-respondents.

McCALEB, Justice.

This is a companion case to that of Rizley v. Cutrer, 232 La. 655, 95 So.2d 139.

For the reasons given in that case, the judgment of the Court of Appeal is reversed and the case is remanded to that Court for further proceedings consistent with the views therein expressed. The defendant shall pay all costs.

95 So.2d 143

**William F. MEADE**

v.

**R. V. CUTRER et al.**

No. 42950.

April 1, 1957.

Rehearing Denied May 6, 1957.

T. R. Broyles, J. L. Funderburk, Jr., Leesville, Herschel Knight, Jennings; for applicants.

King, Anderson & Swift, R. W. Farrar, Jr., Lake Charles, for defendants-respondents.

McCALEB, Justice.

This is a companion case to that of Rizley v. Cutrer, 232 La. 655, 95 So.2d 139.

For the reasons given in that case, the judgment of the Court of Appeal is reversed and the case is remanded to that Court for further proceedings consistent with the views therein expressed. The defendant shall pay all costs.

95 So.2d 144

**The MISSISSIPPI RIVER BRIDGE AUTHORITY Acting Herein For And On Behalf of the State of Louisiana,**

v.

**Miss Louise SIMON, Single.**

No. 42982.

April 1, 1957.

Rehearing Denied May 6, 1957.

